UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN HARRISON, individually and doing Business as KINGDOM OF HARRON PRODUCTIONS, and CHRISTOPHER GELMS, an individual,<br><br>　　　　Defendants. | No. 2:20-cv-01672 WBS KJN<br><br>ORDER RE DEFENDANT'S MOTION TO STAY |

----oo0oo----

On March 22, 2021, the court held a hearing on defendant Christopher Gelms' motion to stay proceedings. (Docket No. 34.) Based on the parties' briefing and discussion with counsel at oral argument, the court finds that a six month stay in this matter is warranted to provide defendant Gelms additional time to resolve his claims in the underlying state court action

1

1  with the additional defendants that have been located and are not
2  parties to this case.
3        IT IS THEREFORE ORDERED that defendant's motion to stay
4  proceedings (Docket No. 34) be, and the same hereby is, GRANTED.
5  All proceedings in this matter are hereby STAYED for six months
6  from the date of this Order.  A status conference in this matter
7  is hereby set for September 27, 2021, at 1:30 p.m. in Courtroom
8  5.  The parties are instructed to file a joint status report no
9  later than September 20, 2021, informing the court of the
10 progress that has been made toward resolving Gelms' claims in the
11 underlying state court action.
12       IT IS FURTHER ORDERED THAT the hearing on plaintiff
13 Evanston's motion to dismiss, currently set for May 3, 2021 (see
14 Docket No. 38), as well as the status conference currently set
15 for May 10, 2021 (see Docket No. 35), be, and the same hereby
16 are, VACATED.  If the case is not otherwise resolved, the hearing
17 on plaintiff's motion to dismiss will be placed back on the
18 calendar for hearing once the court has lifted the stay in this
19 case.
20 Dated:  March 23, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2