**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN HARRISON, individually and doing business as KINGDOM OF HARRON PRODUCTIONS, and CHRISTOPHER GELMS, an individual,<br><br>　　　　　Defendants. | Case No. 2:20-cv-01672-WBS-KJN<br><br>**ORDER LIFTING STAY**<br><br>Judge:　Hon. William B. Shubb<br>　　　　Ctrm: 5 (14th Floor) |
| AND RELATED COUNTER-CLAIM AND CROSS-CLAIM | |

This Court entered an Order staying the above-styled action on March 24, 2021, for a period of six months, with an expiration date of September 30, 2021. [Dkt 42.] Now, having been apprised of the status of the underlying litigation and with the agreement of the parties, and upon good cause established thereon, the Court orders that the parties' request to lift the stay is GRANTED as of the below date. The parties shall contact the Clerk to re-calendar any motions vacated as a result of this Court's March 24, 2021 Order. The Status Conference now set for September 27, 2021 is VACATED, and a Scheduling Conference is set for **November 8, 2021 at 1:30 p.m.**, and a joint status report shall be filed no later than **October 25, 2021** in accordance with the Court's [3] Order Re: Status (Pretrial Scheduling) Conference issued 8/21/2020.

**IT IS SO ORDERED.**

**Dated: September 23, 2021**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE