Shahrad Milanfar (SBN 201126)
smilanfar@milanfarlaw.com
**MILANFAR LAW FIRM, PC**
925 Ygnacio Valley Road, Suite 103C
Walnut Creek, CA 94596
Telephone: (925) 433-6003
Facsimile: (925) 433-6004

Attorneys for Defendant and Cross-Complainant
BRIAN HARRISON dba
KINGDOM OF HARRON PRODUCTIONS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois Corporation<br><br>Plaintiffs,<br><br>vs.<br><br>BRIAN HARRISON, individually and doing business as KINGDOM OF HARRON PRODUCTIONS, and CHRISTOPH GELMS, an individual<br><br>Defendants. | Case No.: 2:20-cv-01672-WBS-KJN<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Trial Date: None Set |

///
////
///
///
///
///
///
///
///

Milanfar Law Firm, PC
925 Ygnacio Valley Road, Suite 103C
Walnut Creek, CA 94596
925-433-6003

**ORDER**

**AFTER GOOD CAUSE BEING SHOWN:**

IT IS HEREBY ORDERED that the above-entitled matter is dismissed in its entirety as to all Cross-Defendants with prejudice, pursuant to Fed. R.Civ. P. 41(a)(1). All parties waive any right to seek any costs and attorney's fees.

**IT IS SO ORDERED.**

Dated:  February 24, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Milanfar Law Firm, PC**

925 Ygnacio Valley Road, Suite 103C
Walnut Creek, CA 94596
925-433-6003