# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BRIAN HARRISON, individually and doing business as KINGDOM OF HARRON PRODUCTIONS, and CHRISTOPHER GELMS, an individual,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTER-CLAIM AND CROSS-CLAIM | Case No. 2:20-cv-01672-WBS-KJN<br><br>(Honorable William B. Shubb)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(2)]**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed:　8/20/20 |

## **ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear its or his own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: July 21, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE